# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-2225
_____

Liam Lefebvre

*Plaintiff - Appellant*

v.

Washington University in St. Louis

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: April 30, 2024
Filed: May 6, 2024
[Unpublished]
_____

Before LOKEN, SMITH, and KELLY, Circuit Judges.
_____

PER CURIAM.

Liam Lefebvre appeals the district court's[1] dismissal of his breach-of-contract claims in this diversity action against Washington University in St. Louis. Upon

_____

[1]The Honorable Stephen R. Clark, Chief Judge, United States District Court for the Eastern District of Missouri.

careful review, we conclude that Lefebvre failed to adequately allege a breach-of-contract claim under Missouri law.  See Du Bois v. Bd. of Regents of the Univ. of Minn., 987 F.3d 1199, 1202 (8th Cir. 2021) (standard of review).

Accordingly, we affirm the judgment of the district court.  We also deny Lefebvre's motion to file his reply brief out of time.

_____